IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:25-cr-00259-P-3 |
| § | |
| BENJAMIN SONG § | |

### DEFENDANT'S MOTION TO REQUIRE PRODUCTION OF TRIAL WITNESS' PRESENTENCE INVESTIGATION REPORT AND OBJECTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, BENJAMIN SONG, hereby moves this Court to issue an Order requiring the in camera production of the Presentence Investigation Reports for any trial witnesses, who were co-defendants or cooperating individuals in the above referenced matter. After inspection counsel asks to be provided copies of those documents or parts of those documents that counsel is entitled to under law. In support of this motion, BENJAMIN SONG sets forth the following facts and arguments.

1. The United States Court of Appeals for the Fifth Circuit has held that the defense is entitled to request that the district court review Presentence Investigation Reports ("PSRs") of co-defendants in criminal cases to determine whether the PSRs contain Brady material or impeaching evidence that should be released to the defense. United States v. Jackson, 978 F.2d 903 (5th Cir. 1992); United States v. Carreon, 11 F.3d 1225 (5th Cir. 1994).

2. Defendant herein contends that the above requested information is necessary in order for Defendant and Counsel to prepare for trial, and is required under the due process, the effective assistance of counsel, and the right of confrontation

provisions of the U.S. Const., Amends. 5 and 6.

3. The Defendant would further show the Court that all the above items requested are within the exclusive control of the federal government, or other agencies acting in conjunction with the federal government, that inasmuch, the materials requested herein are unavailable to the Defendant.

4. Counsel is specifically asking for the PSRs of codefendants Seth Sikes, Nathan Baumann, Susan Kent, Lynette Sharp, John Thomas, and any other cooperating individual that the Government intents to call as witnesses in this case.

WHEREFORE, BENJAMIN SONG, respectfully requests this Court enter an order requiring the government to produce in camera the PSR and objections of any trial witnesses who were co-defendants or cooperating individuals, and upon inspection, provide copies of such to counsel for Mr. Song.

Respectfully submitted,

*/s/ Phillip Hayes*
PHILLIP HAYES
Attorney for Benjamin Song
Texas State Bar No. 24012803
3300 Oak Lawn Ave #600
Dallas, TX   76219
(214) 774-0488
Fax: (214) 528-6601
Phayes1995@hotmail.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Assistant United States Attorney, Shawn Smith on February 19, 2026, and confirmed the Government takes no position to the filing of this motion.

*/s/ Phillip Hayes*
Phillip Hayes

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

*/s/ Phillip Hayes*
Phillip Hayes