UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.                                           **No. 4:25-cr-259-P**

**CAMERON ARNOLD, ET AL.**,

    Defendants.

### ORDER

Before the Court is United States' Motion In Limine to Preclude Defendants from Presenting Legally Invalid Defense. ECF No. 333. The Court hereby **ORDERS** a hearing on the Motion on **Tuesday, March 3, 2026**, at **8:30 a.m.**

**SO ORDERED** on this **2nd day of March 2026.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE