**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

UNITED STATES OF AMERICA,
     Plaintiff,

v.                                     Case No. 4:25-CR-259-P

BENJAMIN SONG (03),
     Defendant.

**ORDER**

Before the Court is Defendant Benjamin Song's Motion for Reconsideration of Order Denying Motion for Leave to File Reply for Motion for New Trial and Request for Evidentiary Hearing. Having considered the Motion, the applicable law, and the record in this case, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant Song's Motion for Reconsideration is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Song is granted leave to file a Reply in Support of his Motion for New Trial and Request for Evidentiary Hearing.

*OR, IN THE ALTERNATIVE*

**IT IS FURTHER ORDERED** that Defendant Song is granted leave to file a conforming substitute reply brief not exceeding ten (10) pages, with the challenged footnote removed or substantially shortened, limited to matters raised in the Government's Response, to be filed on or before _____, 2026.

SO ORDERED on this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE