25-FBI-005231 Miscellaneous Firearms, Ammunition, and Accessories from 2452 56th Street, Dallas, Texas

1 Glock 22 upper slide with barrel and spring .40 caliber

2 Assorted magazines and ammunition

3 Black magazine pouch with One (1) Glock 9mm magazine containing seventeen (17) rounds of ammunition

4 Box containing assorted caliber ammunition

5 Highpoint Firearms 995 9mm rifle

6 PTR Industries PTR 91 .308 caliber rifle

7 Palmetto State Armory PA 95 5.56 caliber rifle with scope

8 Remington 12-gauge shotgun

9 Two (2) magazines loaded with 9mm ammunition

10 CZ P-10C 9mm pistol

11 HW 5 22LR revolver

12 Leinad Inc Model: D, 45 caliber pistol

13 Great Western Arms 38 special revolver

14 Smith & Wesson CTG

25-FBI-005258 Miscellaneous Electronic Devices from 1931 Atlantic Street, Apt A, Dallas, Texas

1 Microsoft Surface 256GB tablet #032154691053

2 Black ONN tablet with cracked screen

3 SanDisk 32GB SD card

4 Canon 128GB SD card

5 Samsung 500GB Hard Drive

6 WD MyPassport Hard Drive

7 WD MyPassport Ultra Hard Drive with racoon sticker

8 Seagate 2TB Hard Drive

9 WD 250GB Hard Drive

10 Silver in color Apple MacBook

11 Nook E-reader

12 Yellow MicroCenter 128GB USB

13 Pink/white Lexar 16GB USB

14 Pink Enermax custom tower

15 Binoculars with SD card

16 Five (5) USBs

17 One (1) micro-SD card

18 Five (5) handheld radios

19 Miufly body worn camera

20 Blue Apple iPhone with clear case

21 Two (2) body worn cameras

22 Silver in color HP laptop with power cord

23 Nokia flip phone

24 Nokia flip phone

25 Lenovo ThinkPad laptop

26 PNY 8GB USB

27 Black Lenovo ThinkPad laptop with stickers on cover

28 Samsung cell phone, Model: SM-S146VL

29 Motorola Type MC36F Quad Pixel cell phone

30 White Motorola cell phone

31 Apple iMac desktop computer

32 Lexar 8GB USB

33 Dell Inspiron laptop with stickers on lid and with power cord

34 Silver in color Apple iPhone inside black case

25-FBI-005261 Miscellaneous Firearms, Ammunition, and Accessories from 1931 Atlantic Street, Apt A, Dallas, Texas

1 Anderson Manufacturing AM-15 multi cal rifle with attached HoloSun LED scope

2 Elite Tactical Systems group empty 5.56 caliber rifle magazine

3 Glock 19 Gen 5 pistol with one (1) empty 9mm magazine and attached Defender XL scope

4 JTS Chongqin Jianshe Industry shotgun with one (1) empty 12GA magazine

5 Aero Precision Model M5 multi cal rifle with attached tripod and 3-12x44 mini swat M

6 Anderson Manufacturing AM-15 multi cal rifle with Sig Sauer Romeo 5 black scope a

7 One (1) round of 5.56x45mm caliber ammunition

8 Ten (10) .223 rounds, four (4) 9mm rounds, and one (1) 7.62x39mm round of ammunition

9 Green ammo can containing boxes of ammunition

10 One (1) round of .223 REM ammunition

11 Two (2) magazines containing 9mm ammunition

12 Palmetto KS-4702 7.62x39 caliber rifle with empty magazine and Primary Arms black

13 Three (3) 7.62x39mm rounds of ammunition

14 Glock 9mm magazine containing 9mm rounds of ammunition

15 Two (2) black 5.56x45mm magazines containing ammunition

16 Upper receiver with Crossfire II black scope

17 Glock magazine containing 9mm ammunition

18 Two (2) bags of ammunition, 85gr300 Blk Trex, 22LR, 5.56 rifle ammunition

19 Seven (7) boxes of 9mm and 5.56 rounds of ammunition

20 Plastic bag containing various calibers of ammunition

21 Eighteen (18) rifle magazines containing ammunition, three (3) ammo boxes, and loose ammunition

22 Twelve (12) 9mm rounds and one (1) 5.56 round of ammunition

23 Palmetto State Armory P-15 multi cal rifle

24 Ruger 10/22 .22LR rifle with black Pinty scope and one (1) empty Ruger magazine clip

25 Green ammo can containing 5.56mm, .22, and 9mm caliber ammunition

26 Richland Arms Co. revolver

25-FBI-005265 Miscellaneous General Items seized from 1931 Atlantic Street, Apt A, Dallas, Texas



GOVERNMENT EXHIBIT

A

2 Black blade with handle in cover/sheath

3 One (1) switch blade

4 Wooden handled knife in sheath

5 Black switchblade

6 Black 'Survivor' knife with sheath

7 Sword

8 Stainless steel silver and gold in color knife

9 Winchester knife with sheath

10 Pamphlets

11 Box with material and newspapers

12 "Direct Action: A Guide" and flyer of the Socialist Rifle Association

13 Pamphlet labeled "Doing Anarchy, for the Anarcho-Curious"

14 Two (2) pamphlets titled "Organizing for Attack"

15 "The Second: Race and Guns in a Fatally Unequal America" pamphlets

16 Spiral notebooks with handwritten notes

17 Cardboard box filled with posters and pamphlets

18 Three (3) index card boxes with protest and event group Telegram flyers

19 Twelve (12) cans of spray paint

20 Clear plastic tub with spray paint cans, stencils, and cardboard

21 Flail

25-FBI-005296 Miscellaneous general items seized from the residence located at 5200 Meadowcreek Dr., Apt. #1110, Dallas, TX 75248

1 Miscellaneous pamphlets and flyers

2 Miscellaneous flyers and pamphlets

3 White binder with handwritten notes

4 Books, journals, and handwritten notes

5 Pamphlets and flyers with propaganda like material

6 Propaganda, pamphlets and flyers

7 Paperback book titled "Who Do you Serve, Who Do you Protect"

8 Propaganda titled "Affinity Groups: Essential Blocks of Anarchist Organization"

9 Black gas mask filters DOT Pro 320

10 Black full-face mask with filter ports labeled CM-6FI

11 Blonde wig

12 Post-It notes with writing and propaganda material

13 Rustoleum glass black spray paint can

25-FBI-005297 Miscellaneous firearms, ammunition and accessories seized from the residence located at 5200 Meadowcreek Dr., Apt. #1110, Dallas, TX 75248

1 Spent 9mm Luger casing

2 Black 2A Warehouse ammo can containing loose ammunition and a box containing 5.56 caliber ammunition

3 Plastic tan and black gun holster, marked EG19AS

4 Streamlight ProTac 2.0 flashlight with soft case, and scope with case

5 Knife with blue handle in a black sheath

6 Magazine containing multiple 5.56 caliber rounds of ammunition

7 FDR-15 multi caliber rifle with HoloSun Scope and ProTac Rail Mount 2 Flashlight

8 Orange foam earplugs, over ear hearing protection, and black 'Ross' skeleton bag

9 9mm spent casings

10 Boxes of 9mm ammunition taped together with note reading "Crow"

11 Box of 9mm hallow point ammunition

12 Box of 5.56x45 ammunition

13 Zip-lock bag containing 9mm ammunition rounds

14 HoloSun dot scope with accessories

15 Black cloth magazine holder

16 Black 2A Warehouse box containing ammunition

17 Walther PPK 9mm/380 ACP pistol with gun lock on it and empty magazine

18 9mm rounds of ammunition

19 Empty magazines

20 Springfield Armory Soft Case (empty)

21 Magazine containing 5.56 ammunition with green tips

22 Glock 9mm magazine containing ammunition, and (1) loose round of 9mm ammunition

23 Shadow Systems DR920 9mm pistol with attached scope

24 Svbony Monocular/Scope

25 Magazines containing 5.56 ammunition

26 Black Shellback Tactical Vest

27 Empty rifle magazine in box addressed to Rebecca Morgan with stickers and strap

28 Springfield Armory (HS Produkt) XDM Elite 9mm pistol with attached Hex Dragonfly scope

25-FBI-005300 Miscellaneous electronic devices seized from the residence located at 5200 Meadowcreek Dr., Apt. #1110, Dallas, TX 75248

1 Black Apple iPhone with cracked back and tag bag

2 Black Samsung Cell Phone

3 Blue Polaroid Camera

4 Baofeng Amateur Radio with charger

5 LilyGo T-Deck messaging devices

6 Samsung Galaxy S8 Active with case

7 Verizon TCL with cracked screen

8 Baofeng Amateur Radio with charger

25-FBI-005337 Miscellaneous Tactical Equipment seized from 1931 Atlantic Street, Apt A, Dallas, Texas

1 Two (2) RMA Armament Inc ballistic panels, SN: 0008 and SN: 0009

2 Xtreme Armor soft vest with two plates

3 Strike Face ballistic panel, SN: MS-4E250300SA

4 Black ballistic vest

5 VISM Strike Face ballistic panel

25-FBI-005340 Motorola Cellphone seized from 1931 Atlantic Street, Apt A, Dallas, Texas

25-FBI-005345 Miscellaneous Firearms, Ammunition, and Accessories seized from a 2007 Maroon Hyundai Van, VIN: KNDMC233676026670, registered to Dominick Joseph Donahue, and in the possession of Bradford Morris (

1 Four (4) magazines containing 5.56/.223 ammunition

2 One (1) rifle magazine containing 5.56/.223 ammunition

3 Two (2) magazines containing S&W 40 caliber ammunition

4 Sig Sauer Handgun

5 AR-15

6 AR-15

7 Four (4) magazines containing 5.56/.223 ammunition

25-FBI-005503 Derya Arms DY9 Pistol, SN: TG970-24L27123, seized from the backpack of Joy Gibson at Alvarado, Texas

25-FBI-005522 Miscellaneous Electronic Devices seized from the backpack of Joy Gibson in Alvarado, Texas

1 Black Motorola cell phone

2 Google cell phone in a green case

25-FBI-005402  Miscellaneous Electronic Devices seized from 7900 Churchill Way, Dallas, Texas 75251

1 Samsung Galaxy S8 cell phone

2 NZXT desktop computer tower

3 Blue Samsung Galaxy S4

4 Samsung folding cell phone in case 5 SanDisk 16GB USB

6 One (1) DataStick Pro USB

7 One (1) 32GB MicroCenter USB 8 Custom build desktop

9 White Lenovo Legion laptop